UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAMBILA & KELLEY INC., et al.,<br><br>Defendants. | Case No. 4:22-cv-03639-JST   (KAW)<br><br>**ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 38 |

The pending motion for default judgment was referred to the undersigned on August 17, 2023. Thereafter, the Court issued an order setting the hearing for October 5, 2023, and ordering Plaintiffs to file a conforming proposed order by the reply deadline, which was September 5, 2023. (Dkt. No. 38.) To date, Plaintiffs have not filed the proposed order.

Accordingly, by September 11, 2023, Plaintiffs are ordered to show cause why they failed to timely file the proposed order, and they file the conforming proposed order, and provide an electronic chambers copy in Word (.docx) format.

Plaintiffs are advised that the failure to comply with the September 11, 2023 deadline may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated: September 6, 2023

KANDIS A. WESTMORE
United States Magistrate Judge