UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRAMBILA & KELLEY INC., et al.,<br><br>Defendants. | Case No. 22-cv-03639-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT**<br><br>Re: ECF No. 50 |

The Court has reviewed Magistrate Judge Kandis Westmore's report and recommendation, ECF No. 50, to grant Plaintiffs' motion for default judgment against Defendants Brambila & Kelley Inc. (dba JB Electric and Construction), Brambila & Kelley Inc. (dba Tri Valley Electric, Inc.), Brambila & Kelley Inc. (dba Tri Valley Maintenance & Repair, Inc.), and Juan Brambila, ECF No. 30. Plaintiffs served Defendants with the report and recommendation on November 10, 2023. ECF No. 51. The fourteen-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2).

The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Default judgment against Defendants is granted. Plaintiffs are also awarded:

    (1) Unpaid contributions in the amount of $75,633.33;

    (2) Interest in the amount of $8,157.78;

    (3) Liquidated damages in the amount of $26,033.25;

    (4) Reasonable attorney's fees in the amount of $16,388.50; and

    (5) Costs in the amount of $816.43.

Interest shall continue to accrue at a rate of 10% per annum on unpaid contributions

($75,633.33) from August 11, 2023, until paid, and at post-judgment interest rates on the balance of the judgment.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 7, 2023



JON S. TIGAR
United States District Judge